NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE GERHARD P.H. DEFFNER,**
*Appellant.*

---

2014-1120

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 07/992,384.

---

**ON MOTION**

---

**O R D E R**

Gerhard P.H. Deffner moves without opposition to voluntarily dismiss his appeal.

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

2                                    IN RE DEFFNER

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: January 29, 2014